

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-1182, Supplement
Re:  Proper expenditure of the
balance now on hand in the
Boiler Inspection Fund.

We acknowledge receipt of your letter of September 8, 1939, and your letter of September 30, 1939, relative to Opinion No. 0-1182 of this Department.  In your letter of September 8 you make the following statement:

"Upon a careful audit of this account I find that the statement I made in the above-described letter request was error.  A true statement of the facts follows:

"At the close of the fiscal year ending August 31, 1938, there remained in this fund a balance of $4,986.21.  It further appears that during the time following August 31, 1938, there has never been a lesser amount in this fund than the balance appearing on August 31, 1938. I will thank you to advise this department the proper disposition of this fund."

In your letter of September 30, in answer to our request of September 29, you list the following statistical information:

"1. During it's first year of operation the Boiler Inspection Division disbursed $19,975.62 from the $20,000.00 General Revenue appropriation (June 5, 1937 through June 5, 1938).

Honorable Geo. H. Sheppard, Page 2

"2. The total receipts deposited to the
Boiler Inspection Fund during the period from
June 3, 1937 through June 3, 1938 was $38,869.84.
These deposits actually began in September 1937.

"3. The total of warrants issued against
the Boiler Inspection Fund during the first year
(6-3-37 through 6-3-38) was $26,734.98, leaving
a balance at that date of $12,134.86. It is im-
possible to determine the amount of outstanding
obligations which were subsequently paid from
this balance.

"4. On August 8, 1938 the Treasurer was au-
thorized to transfer the sum of $10,000.00 from
the Boiler Inspection Fund to the General Revenue
Fund. No other transfers have been made.

"5. The balance on hand at June 3, 1938 was
$24.38 in the General Revenue appropriation and
$12,134.86 in the Boiler Inspection Fund."

Section 18 of House Bill No. 352, Acts of the 45th
Legislature, provides for an appropriation out of the General
Revenue Fund of the State of Texas in the sum of Twenty Thou-
sand Dollars ($20,000.00) or so much thereof as may be nec-
essary for the purpose of carrying out the provisions of the
Act, and also provides that whatever amount was expended out
of the appropriation should be replaced by the Commissioner
from fees collected under the terms of the Act during the
first year of its operation. Section 18 then continues with
the following provision:

1. Any moneys remaining in the fund at the
close of the fiscal year ending August 31, 1937,
are reappropriated to the use of the Commissioner
for the purpose of carrying out the provisions
of the Act.

2. Any unexpended balance of funds remain-
ing in the Boiler Inspection Fund at the close
of the fiscal year ending August 31, 1938, not
exceeding $10,000.00 is appropriated for the use
of the Commissioner in carrying out the purposes
of the Act.

3. For each succeeding fiscal year any un-
expended balance remaining in the fund not ex-

Honorable Geo. H. Sheppard, Page 3

ceeding $10,000.00 is to be carried forward for
the purpose of enforcement of the Act.

4. Any amount remaining in the fund in ex-
cess of $10,000.00 at the close of any fiscal
year after 1938 shall revert to the General Rev-
enue Fund of the State of Texas.

According to the information you have furnished
us, the whole of the $19,975.62 disbursed from the $20,000
General Revenue Appropriation should have been replaced.
You will note, however, that while the Legislature provid-
ed for the replacement of such expenditures, it also pro-
vided that only fees collected during the first year's
operation of the Act should be available for such use. For
this reason the balance in the Boiler Inspection Fund as
of August 31, 1938, the end of the first fiscal year, is
unimportant except that it embraces and includes the bal-
ance on hand as of June 3, 1938, the end of the first year's
operation of the Act.

The balance on hand in the Boiler Inspection Fund
on June 3, 1938, was $12,134.86, and the whole of this amount
should have been transferred to the General Revenue Fund. On
August 8, 1938, $10,000.00 of this balance was so transferred,
leaving $2,134.86 in the Boiler Inspection Fund which should
have been applied to the General Revenue Appropriation.

In both your letter of September 8 and that of
September 30 you point out that the balance in the Boiler
Inspection Fund at the close of the fiscal year ending
August 31, 1938, was $4,988.21 and it appears there has
never been a lesser amount in this Fund than the balance
appearing on August 31, 1938.

It is the opinion of this Department that the sum
of $2,134.86, less the total amount of all warrants which
have been paid and were issued for claims arising prior to
June 3, 1938, should be transferred from the Boiler Inspec-
tion Fund to the General Revenue Fund in accordance with the
requirements of Section 18 of House Bill 352, Acts of the
45th Legislature.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ross Carlton
Assistant

APPROVED OCT 17, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

RC:LM

APPROVED
OPINION
COMMITTEE